No. 307, Misc. MARSHALL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 311, Misc. UNITED STATES EX REL. TOUHY *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Robert B. Johnstone* for petitioner.

FEBRUARY 16, 1955.

No. 378, Misc. LEEK *v.* STEINER, WARDEN. On petition for writ of certiorari to the Court of Appeals of Maryland. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.

FEBRUARY 28, 1955.

No. 230. MITCHELL, SECRETARY OF LABOR, *v.* JOYCE AGENCY, INC. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Seventh Circuit. Argued February 4, 7, 1955. Decided February 28, 1955. *Per Curiam:* The judgment of the Court of Appeals is reversed. *Kirschbaum Co.* v. *Walling,* 316 U. S. 517; *Walling* v. *Jacksonville Paper Co.,* 317 U. S. 564; *Phillips Co.* v. *Walling,* 324 U. S. 490. The judgment of the District Court is affirmed, and the case is remanded to the District Court. The motion of the petitioner to make Goldblatt Bros., Inc., a party in this Court is denied without prejudice to the right of the petitioner to renew said motion in the District Court, or to take such other proceedings for enforcement of the judgment as the petitioner may deem advisable and proper in the circumstances. See *Walling* v. *Reuter, Inc.,* 321 U. S. 671. *Bessie Margolin*